# EXHIBIT 1

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0000162740 / 1984-02-29

Application Title: Bentley Bear.

Title:               Crystal Castles featuring Bentley Bear.

Description:         Advertisement.

Copyright Claimant:
                     Atari, Inc.

Date of Creation:    1983

Date of Publication:
                     1983-10-15

Previous Registration:
                     Audiovisual work of video game entitled Crystal Castles
                        prev. reg. 1983, PA 185-123.

Basis of Claim:      New Matter: rev. drawing.

Copyright Note:      C.O. correspondence.

Other Title:         Crystal Castles

Names:               Atari, Inc.

================================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000185123 / 1983-08-04

Title:              Crystal castles.

Imprint:            [Sunnyvale, Calif. : Atari],  c1983.

Description:        1 videogame.

Notes:              1 videocassette & description (3 p.) deposited in lieu of
                       videogame.

Copyright Claimant:
                    Atari, Inc.

Date of Creation:   1983

Date of Publication:
                    1983-07-08

Authorship on Application:
                    Atari, Inc., employer for hire.

Copyright Note:     C.O. correspondence.

Names:              Atari, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     TX0003580532 / 1991-10-25

Title:               2600 crystal castles.

Description:         Printout.

Copyright Claimant:
                     Atari Corporation

Date of Creation:    1984

Date of Publication:
                     1985-06-21

Copyright Note:      C.O. correspondence.

Names:               Atari Corporation

================================================================================
```