# EXHIBIT 2







3

