UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br>*Plaintiff*<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, et al.,<br>*Defendants* | Case No. 3:24-cv-00704-D |

### APPENDIX IN SUPPORT OF
### DEFENDANTS' MOTION TO DISMISS COMPLAINT

| Exhibit | Description | Page No. |
|---|---|---|
| A | Video | APP-1 |

# EXHIBIT A

# DVD Containing Video

# FILED MANUALLY